IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

IN RE:

APPLICATION OF BRAVO EXPRESS      CASE NO. _____
CORPORATION,

    1 City Centre Drive, Suite 1510, Mississauga, ON L5B 1M2, Canada,

    Applicant,

v.

SMIT SALVAGE AMERICAS INC.

    626-C Admiral Drive, PMB 309, Annapolis, Maryland 21401, Anne Arundel County,

    Respondent.

_____/

**APPLICANT BRAVO EXPRESS CORPORATION'S DISCLOSURE
OF AFFILIATIONS AND FINANCIAL INTEREST UNDER L.R. 103.3 AND FRCP 7.1**

Pursuant to Local Rule 103.3 and Fed. R. Civ. P. 7.1, Applicant Bravo Express Corporation states:

    a.    <u>Corporate affiliation</u>. Bravo Express Corporation, formerly CNC Shipping Corporation, is a privately held Marshall Islands corporation.

    b.    <u>Financial interests in the outcome of the litigation</u>. To the best of Bravo Express Corporation's current knowledge and belief, there are no other corporations, unincorporated associations, partnerships or other business entities which may have a financial interest in the

outcome of this proceedings as the present petition has no bearing on any financial interest, but rather is an application for discovery assistance.

DATED: October 1, 2010

Respectfully submitted,

_____
SQUIRE SANDERS & DEMPSEY L.L.P.
Amy L. Brown
District of Maryland No. 15455
1201 Pennsylvania Ave, NW
Washington, D.C. 20004
Tel.:   202.626.6600
Fax:   202.626.6780
Email: abrown@ssd.com

Of Counsel:

Douglas R. Burnett
SQUIRE, SANDERS & DEMPSEY L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Tel:   212.872.9800
Fax:   212.872.9815
Email: Dburnett@ssd.com

Harout J. Samra
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Tel:   305.577.7000
Fax:   305.577.7001
Email: Hsamra@ssd.com

COUNSEL FOR APPLICANT
BRAVO EXPRESS CORPORATION