**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
**DISTRICT OF MARYLAND**

Felicia C. Cannon, Clerk               Reply to Northern Division Address
Lisa Rosenthal, Chief Deputy

March 18, 2011

1:10−mc−00378
Bravo Express Corporation v. Smit Salvage
Americas Inc.

Dear Counsel,

The Clerk received your Motion for Admission Pro Hac Vice for Bijan Siahargar. Upon reviewing the motion, we noticed the signature of the attorney(s) checked below was incorrect:

[ ]   Movant

[x]   Proposed admittee

Signatures of attorneys must either be handwritten or meet the requirements in the "signature" section of our civil procedures manual. (You may go to our website at www.mdd.uscourts.gov to access the manual.)

To file a revised motion without paying the fee a second time, please do the following:
1. Go to the Court's website at www.mdd.uscourts.gov to obtain the Motion for Admission Pro Hac Vice form.
2. Prepare the motion with all required information.
3. Since the revised motion will be filed by the Court, **handwritten signatures by both attorneys** are needed.
4. E−mail the PDF version of the revised motion to: MDD_Attyadmissions@mdd.uscourts.gov (this will prevent you from having to pay the fee again).

When the new motion is received via e−mail, it will be filed by the court, reviewed, and a ruling will be issued. In the meantime, the existing motion will be terminated and marked "Filed in error."

Very truly yours,

_____/s/_____
Felicia C. Cannon
Clerk, U.S. District Court
District of Maryland
prepared by: Nadine Mitter

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410−962−2600
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301−344−0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov