IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

APPLICATION OF BRAVO
EXPRESS CORPORATION,

CASE NO. 10-MC-378

Applicant,

v.

SMIT SALVAGE AMERICAS INC.

Respondent.

## MOTION FOR ADMISSION *PRO HAC VICE*

I, JAMES W. BARTLETT, III, am a member in good standing of the bar of this Court.

My bar number is 00017 and I am moving the admission of **BIJAN SIAHATGAR** to appear *pro hac vice* in this case as counsel for **SMIT SALVAGE AMERICAS INC.**

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Texas, November 1, 1991 | U.S.D.C., Southern District of Texas, 2/28/92 |
| | U.S.D.C., Eastern District of Texas, 9/29/93 |
| | U.S.D.C., Northern District of Texas, 9/3/93 |
| | U.S. Court of Appeals, Fifth Cir., 10/13/93 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ZERO (0) times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. JAMES W. BARTLETT, III is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

_____
Signature

JAMES W. BARTLETT, III
Printed Name

SEMMES, BOWEN & SEMMES
Firm

25 South Charles Street, Suite 1400
Address

Baltimore, Maryland 21201
City, State, Zip Code

410-576-4833
Telephone Number

410-539-5223
Fax Number

jbartlettt@semmes.com
Email Address

PROPOSED ADMITTEE

_____
Signature

BIJAN SIAHATGAR
Printed Name

STRASBURGER & PRICE, LLP
Firm

1401 McKinney, Suite 2200
Address

Houston, Texas 77010
City, State, Zip Code

713-951-5600
Telephone Number

713-951-5660
Fax Number

bijan.siahatgar@strasburger.com
Email Address